UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EBONI MARSHALL TURMAN,<br><br>                        Plaintiff,<br><br>v.<br><br>THE ABYSSINIAN BAPTIST CHURCH, et al.,<br><br>                        Defendants. | 23 Civ. 11304 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

      An order issued January 3, 2024, scheduled an initial pre-trial conference for March 13, 2024, and directed the parties to file a joint status letter and proposed case management plan by March 6, 2024. *See* Dkt. No. 5. On March 4, 2024, Defendants filed a motion to dismiss. *See* Dkt. No. 10. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the Complaint once as a matter of course. In their motion to dismiss, Defendants also move for a stay of discovery. *See* Dkt. No. 12, at 21-22.

      Accordingly, it is hereby **ORDERED** that Plaintiff shall file any amended complaint by **March 25, 2024**. Any amended complaint shall be filed with a redline showing all differences between the original and revised filing. If Plaintiff does amend, Plaintiff shall file a letter on ECF, not to exceed two pages, regarding the stay of discovery by **March 25, 2024**. Such letter shall either state that Plaintiff consents to the stay or shall explain why the motion to stay should be denied.

      If Plaintiff does amend, by **April 5, 2024**, the Moving Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motion to dismiss. If the Moving Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If the Moving Defendants file a new motion to dismiss or indicate that they rely on their previously filed motion to dismiss, any opposition shall be filed by **April 19, 2024**, and any reply shall be filed by **April 26, 2024**.

      If Plaintiff does not file an amended complaint, Plaintiff shall file any opposition to the motion to dismiss by **March 25, 2024**. Plaintiff's opposition shall address the motion to stay discovery. The Moving Defendants' reply shall be filed by **April 3, 2024.**
.

The initial pretrial conference and requirement to submit a joint status letter and proposed case management plan are **ADJOURNED**, pending further order of the Court.

SO ORDERED.

Dated: March 5, 2024
New York, New York

_____
DALE E. HO
United States District Judge