



**LEWIS BRISBOIS**
LEWIS BRISBOIS BISGAARD & SMITH LLP

Brian Pete
77 Water Street, Suite 2100
New York, New York 10005
Brian.Pete@lewisbrisbois.com
Direct: 212.232.1363

April 1, 2024

> Application **GRANTED.**  The parties shall brief Defendants' contemplated motion to dismiss the Amended Complaint in accordance with their proposed schedule.  In light of Defendants' representation that they intend to file a new motion to dismiss the Amended Complaint, Defendants' motion to dismiss the Complaint (and for a stay of proceedings pending resolution of that motion) is **DENIED**, as moot.  So Ordered.
>
> The Clerk of Court is respectfully directed to close the motions at ECF Nos. 10 and 15.
>
> _/s/ Dale E. Ho_
> Dale E. Ho          Dated: April 1, 2024
> U.S. District Judge   New York, New York

**VIA ECF**
Hon. Dale E. Ho, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 905
New York, New York 10007

Re:       Turman v. The Abyssinian Baptist Church and Valerie S. Grant
Case No.: 23-cv-11304-DEH

Dear Judge Ho:

We represent defendants, The Abyssinian Baptist Church ("Abyssinian") and Valerie S. Grant ("Grant") (collectively, the "Defendants") in the above matter. We write with the consent of Plaintiff's counsel to seek an extension of the deadlines set forth in Your Honor's March 5, 2024 Order (Dkt. #13) related to Defendants' contemplated Motion to Dismiss the Amended Complaint (Dkt. #14) ("Motion"). The parties have not previously requested an extension of the deadlines to respond to the Amended Complaint.

As per Your Honor's Order dated March 5, 2024 (Dkt. #13), given Plaintiff's filing of an Amended Complaint, Defendants' current deadline to file the Motion is April 5, 2024. Plaintiff's current deadline to oppose the Motion is April 19, 2024, and Defendants' current Reply deadline is April 26, 2024. Defendants respectfully request a 14-day extension of time to file the Motion as the Amended Complaint raises additional factual allegations and contains a new cause of action. Plaintiff consents to this request and the parties have jointly conferred on a briefing schedule, which is set forth below.

The parties propose the following amended deadlines:

- April 19, 2024 – Deadline for Defendants to file amended Motion

- May 10, 2024 – Deadline for Plaintiff to oppose Defendants' amended Motion

- May 24, 2024 – Deadline for Defendants to Reply to Plaintiff's opposition

Hon. Dale E. Ho, U.S.D.J.
April 1, 2024
Page 2

    We thank Your Honor for the attention given to this matter.

                                              Respectfully,

                                              /s/Brian Pete_____
                                              *Counsel for Defendants*

                                              /s/ Jacob Tebele_____
                                              *Counsel for Defendants*