**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Eboni Marshall Turman,

                Plaintiff,

-against-                              23 **CIVIL** 11304 (DEH)

## JUDGMENT

The Abyssinian Baptist Church & Valerie S. Grant,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2025, Defendants' Motion to Dismiss is GRANTED**.** Dr. Marshall Turman's Amended Complaint is DISMISSED.

**Dated:**  New York, New York

      March 31, 2025

                                              **TAMMI M HELLWIG**
                                              _____
                                                **Clerk of Court**

         **BY:**                         K. Mango
                                                _____
                                                **Deputy Clerk**